# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Counts,III, Walter D. | U.S.D.C. Western District, TX | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
200 East Wall Street
Midland, Texas 79701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | Texas County & District Retirement Systems, Austin, Tx (Defined Benefit Plan) - no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Counts,III, Walter D. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Counts,III, Walter D. | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Counts,III, Walter D. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Bank of America (Cash) | A | Interest | M | T | | | | | |
| 2.   Nationwide Highmark Funds (Bond Class A - fixed) | A | Dividend | | | Sold | 09/17/20 | J | A | |
| 3.   IRA | | | | | | | | | |
| 4.   - Blackrock Equity Dividend FD Cl A MDDVX | A | Dividend | K | T | | | | | |
| 5.   - Invesco Int'l Growth A AIIEX | A | Dividend | J | T | | | | | |
| 6.   - DWS Cap Core Fd A SZCAX | A | Dividend | J | T | | | | | |
| 7.   - Hartford Mut Midcap Fd Cl C HMDCX | A | Dividend | J | T | | | | | |
| 8.   - Wells Fargo 100% Treasury Money Mkt (cash sweep) | A | Interest | J | T | | | | | |
| 9.   Empower Retirement (Def'd Comp) | | | | | | | | | |
| 10.   - Putnam Stable Value Fund: 45bps | A | Dividend | K | T | | | | | |
| 11.   - Vanguard Total Bond Market Index Adm | D | Dividend | L | T | | | | | |
| 12.   Rent House (Abilene, Taylor County, Texas) | C | Rent | | | Sold | 10/30/20 | L | D | |
| 13.   Rent House (Lubbock, Lubbock County, Texas) | D | Rent | M | W | | | | | |
| 14.   TD Ameritrade | | | | | | | | | |
| 15.   - Apple (AAPL) | A | Dividend | K | T | Buy | 09/04/20 | K | | |
| 16.   - Rocket (RKT) | A | Dividend | J | T | Buy | 09/04/20 | J | | |
| 17.   - Radian (RDN) | A | Dividend | J | T | Buy | 09/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Counts,III, Walter D. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - Boeing (BA) | A | Dividend | J | T | Buy | 09/04/20 | J | | |
| 19.  - Microsoft (MSFT) | A | Dividend | K | T | Buy | 09/08/20 | K | | |
| 20.  - T-Mobile (TMUS) | A | Dividend | J | T | Buy | 09/09/20 | J | | |
| 21.  - Apple (APPL) | A | Dividend | K | T | Buy | 09/11/20 | J | | |
| 22.  - Bank of America (BAC) | A | Dividend | J | T | Buy | 09/14/20 | J | | |
| 23.  - Mitek (MITK) | A | Dividend | J | T | Buy | 09/14/20 | J | | |
| 24.  - NetApp (NTAP) | A | Dividend | J | T | Buy | 09/21/20 | J | | |
| 25.  - Boeing (BA) | A | Dividend | | | Sold | 10/05/20 | J | A | |
| 26.  - Target (TGT) | A | Dividend | K | T | Buy | 10/06/20 | K | | |
| 27.  - Verizon Wireless (VZ) | A | Dividend | J | T | Buy | 10/06/20 | J | | |
| 28.  - Apple (AAPL) | A | Dividend | K | T | Buy | 11/06/20 | J | | |
| 29.  - Radian (RDN) | A | Dividend | J | T | Buy | 11/09/20 | J | | |
| 30.  - Verizon Wireless (VZ) | A | Dividend | | | Sold | 11/09/20 | J | A | |
| 31.  - Mitek (MITK) | A | Dividend | J | T | Buy | 11/09/20 | J | | |
| 32.  - NetApp (NTAP) | A | Dividend | | | Sold | 11/09/20 | J | A | |
| 33.  - Bank of America (BAC) | A | Dividend | J | T | Buy | 11/11/20 | J | | |
| 34.  - Apple (AAPL) | A | Dividend | K | T | Sold<br>(part) | 11/12/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Counts,III, Walter D. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  - JP Morgan (JPM) | A | Dividend | J | T | Buy | 11/12/20 | J | | |
| 36.  - Microsoft (MSFT) | A | Dividend | K | T | Buy | 11/23/20 | J | | |
| 37.  - Associated Banc-Corp (ASB) | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 38.  - Harbor One Bancorp (HONE) | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 39.  - Microsoft (MSFT) | A | Dividend | K | T | Buy | 12/08/20 | J | | |
| 40.  - Associated Banc-Corp (ASB) | A | Dividend | J | T | Buy | 12/17/20 | J | | |
| 41.  - Ameris Bancorp (ABCB) | A | Dividend | J | T | Buy | 12/21/20 | J | | |
| 42.  - Western Alliance (WAL) | A | Dividend | J | T | Buy | 12/21/20 | J | | |
| 43.  - NetApp (NTAP) | A | Dividend | J | T | Buy | 12/24/20 | J | | |
| 44.  - Harbor One Bancorp (HONE) | A | Dividend | J | T | Sold | 12/29/20 | J | A | |
| 45.  - Associated Banc-Corp (ASB) | A | Dividend | | | Sold | 12/29/20 | J | A | |
| 46.  - Sturm Ruger (RGR) | A | Dividend | J | T | Buy | 12/29/20 | J | | |
| 47.  - Mitek (MITK) | A | Dividend | | | Sold | 12/29/20 | J | A | |
| 48.  - PepsiCo (PEP) | A | Dividend | J | T | Buy | 12/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Counts,III, Walter D. | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II.1. As of termination of employment, neither I nor my former employer contribute to this plan.

VII.6. Formerly Deutsch Value Ser Inc Small Cap Value Fd Cl C - at some point name changed to DWS Small Cap Core, and on approximately 9/11/20 the company had a share class exchange from C to A (at the 10-year mark of holding the fund)

| Name of Person Reporting | Date of Report |
|---|---|
| Counts,III, Walter D. | 05/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Walter D. Counts,III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544